## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
CASE NO. 07 C 2564
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Andre Kittles**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( ) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( X ) Subpoena
( X ) Other: **Witness & Mileage Fee: $64.10**

1.  ( X ) By leaving a copy with the named party, **Charles Hardy** personally on **February 3, 2009**.

2.  ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.  ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4.  ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**          RACE: **African American**     APPROXIMATE AGE: **40**

5.  ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1052 Harrison, Gary, IN 46402**
TIME OF DAY: **5:30 PM**

6.  ( ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 5th day of **February 2009**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/19/11

Andre Kittles
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **07 C 2564**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Andre Kittles**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( ) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( X ) Subpoena
( X ) Other: **Witness & Mileage Fee: $64.10**

1. ( X ) By leaving a copy with the named party, **Veuncle Hardy** personally on **February 3, 2009**.

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**     RACE: **African American**     APPROXIMATE AGE: **40**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1052 Harrison, Gary, IN 46402**
TIME OF DAY: **5:30 PM**

6. ( ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **5**th day of **February 2009**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Andre Kittles
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NO. **07 C 2564**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Andre Kittles**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( ) Summons & Complaint
        ( ) Citation to Discover Assets
        ( ) Rule to Show Cause
        ( X ) Subpoena
        ( X ) Other: **Witness & Mileage Fee: $41.00**

1. ( X ) By leaving a copy with the named party, **Evelyn Simmons** personally on **February 3, 2009**.

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**      RACE: **African American**      APPROXIMATE AGE: **50**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **3106 West 61st St., Apt. #2, Chicago, IL 60629**
TIME OF DAY: **4:30 PM**

6. ( X ) **The following events occurred prior to service: A Female (African American, 50, 5'5", 175 lbs., black/gray hair, no glasses) answered the door. I asked for Evelyn Simmons, and she stated "I'm Evelyn." I informed her she was served, and handed her the service documents.**

Signed and Sworn to before me
This **12**th day of **February 2009**.

OFFICIAL SEAL
NICOLE BRADFORD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/23/12

Andre Kittles
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO. 07 C 2564
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Andre Kittles**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( ) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( X ) Subpoena
( X ) Other: **Witness & Mileage Fee: $41.00**

1. ( X ) **Upon the woman in the attached photographs who upon service, stated "I'm Evelyn" when I asked for Evelyn Simmons on February 3, 2009.**

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**     RACE: **African American**     APPROXIMATE AGE: **50**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **3106 West 61st St., Apt. #2, Chicago, IL 60629**
TIME OF DAY: **4:30 PM**

6. ( ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **13**th day of **February 2009**.

Andre Kittles
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
NICOLE BRADFORD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/23/12

**FIREARM OWNER'S IDENTIFICATION CARD**

FOID NUMBER: 75070203

LORRAINE SIMMONS

DOB: 06/27/1962

Female 5'07" 180lbs Hair: BLK Eyes: BRN

CAUTION: This card does not permit bearer to UNLAWFULLY carry or use firearms. This does not authorize the carrying of a concealed weapon.

*Lorraine Simmons*

Expires 04/01/2012

**ILLINOIS STATE POLICE**

35





39