UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES SIMMONS, JR., | ) |
| Plaintiff, | ) No. 07 C 2564 |
| v. | ) Judge Milton L. Shadur |
| THE VILLAGE OF RIVERDALE, DENNIS J. REILLY, Star #110, ANTHONY FIONDA, JAMES L. BEATTY, Star 141, DETECTIVE DEMPSEY, DETECTIVE GRAZIANO, and UNKNOWN RIVERDALE POLICE OFFICERS, | ) Magistrate Judge Maria Valdez |
| Defendants. | |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between all parties, through their respective attorneys, that the following cause of action is dismissed with prejudice, without cost to any party, and that Plaintiff expressly waives the right to seek attorneys' fees, costs and expenses under 42 U.S.C. §1988 against Defendants and/or their insurer.

_____
Loevy & Loevy
Attorneys for Plaintiff

_____
Tribler Orpett & Meyer, P.C.
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of the Stipulation to Dismiss was served on:

**Attorneys for Plaintiff**
Elizabeth Mazur, Esq.
Loevy & Loevy
312 North May, Suite 100
Chicago, IL 60607

by electronic service via the Court's ECF System on or before 5:00 p.m. on the 20th day of October, 2009.

Respectfully submitted,

/s/ William B. Oberts
Attorney for Defendants, Village of Riverdale,
Dennis J. Reilly, Anthony Fionda, James L. Beatty,
Detective Dempsey, and Detective Graziano

Michael J. Meyer, Esq. 06193712
William B. Oberts, Esq. 06244773
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
woberts@tribler.com